# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NELS CONE, | Case No.: 2:19-cv-00251-JLR-BAT |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL |
| vs. | |
| CONDUENT EDUCATION SERVICES COMPANY, LLC AND EXPERIAN DATA CORP., | |
| Defendants. | |

Upon stipulation of the parties, Defendant Experian Information Solutions, Inc., erroneously sued as Experian Data Corporation, is hereby dismissed with prejudice from this matter, with each side to bear their own costs and fees.

Dated this 10th day of January, 2020.

Hon. James L. Robart
United States District Judge

ORDER OF DISMISSAL
Case No. 2:19-cv-00251-JLR-BAT

1