UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELS CONE,<br><br>      Plaintiff,<br><br> v.<br><br>CONDUENT EDUCATION SERVICES COMPANY LLC,<br><br>      Defendant. | CASE NO. 2:19-cv-00251-JLR-BAT<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Upon stipulation of the parties (Dkt. 24), this matter is **dismissed with prejudice**, with each side to bear their own costs and attorney fees.

DATED this 28th day of April, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge

ORDER DISMISSING CASE WITH
PREJUDICE - 1